**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    William K. Green v. The State of Texas

Appellate case number:    01-14-00960-CR

Trial court case number:    717215

Trial court:        180th District Court of Harris County

On March 1, 2016, this Court issued an order, directing appellant to file a brief on or before March 31, 2016, or we would consider the appeal without briefs. No brief or response has been filed.

Accordingly, we reinstate the appeal and set it on the active docket. We will consider this appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4) (if appellant is not indigent and has not made necessary arrangements to file brief, court may consider appeal without briefs, as justice may require). This appeal is set for submission without briefs on May 24, 2016.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                ☒ Acting individually

Date: April 12, 2016